IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT GAUTREAUX, JR.                                    PLAINTIFF

        V.                    Civil No. 09-6119

MICHELLE MITCHELL, et al.                              DEFENDANTS


O R D E R

On this 28th day of September 2010, there comes on for consideration the report and recommendation filed in this case on August 31, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  (Doc. 3).  No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to follow an order of this Court.  *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge

AO72A
(Rev. 8/82)